## No. 7410.

### ANDREW W. METCALFE vs. CHARLES E. ALTER.

To entitle one to a homestead, he must be the head of a family who are dependent on him for support, and therefore a childless widower, whose mother, brothers, and sisters do not live with him, has no claim to it.

One of several co-proprietors is not the owner of any separate or distinct part of the land, and while he holds in indivision cannot claim the homestead exemption.

APPEAL from the District Court for Concordia.    HOUGH, J.

*W. R. Young* for Plaintiff Appellant.    *Mayo* for Defendant.

MARR, J., delivered the opinion affirming the judgment, citing Henderson *v.* Hoy, 26 La. Ann. 156; Ventress *v.* Collins, 28 La. Ann. 783; Greig *v.* Easton, 30 La. Ann. 1130.

SPENCER, J., recused.